# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DALE WALBRAN, an individual,**<br><br>    Plaintiff,<br><br>v.<br><br>**BAKER HUGHES, INCORPORATED, its parent, sister and successors companies,**<br><br>    Defendant. | **CASE NO. 14-CV-00455-GKF-PJC** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby jointly stipulate that the Plaintiff's claims against Defendant are dismissed with prejudice in the above-styled and numbered cause. Pursuant to this Joint Stipulation of Dismissal with Prejudice, each party shall bear their individual costs and attorney fees.

| | |
|---|---|
| s/ David W. Davis<br>David W. Davis, OBA #15067<br>Davis, Champ & Associates<br>601 South Boulder, Suite 100<br>Tulsa Oklahoma, 74119<br>Telephone: (918) 592-2007<br>ATTORNEY FOR PLAINTIFF | s/ Steven A. Broussard<br>Steven A. Broussard, OBA#12582<br>(Executed by David W. Davis with permission From Steven A. Broussard)<br>320 S. Boston, Suite 200<br>Tulsa, OK  74103-3706<br>(918) 594-0594<br>Fax:  (918) 594-0505<br>Attorney for Defendant<br>Baker Hughes, Incorporated |